**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Peter J. Marrocco and Angela Marrocco        CASE NO.: 11−36453−cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 7
xxx−xx−7632    xxx−xx−5103

---

## DISCHARGE OF DEBTOR
## ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 5/19/11 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Paul L. Banner is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 8/16/11                                    Cecelia G. Morris, Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Southern District of New York
In re:                                                                  Case No. 11-36453-cgm
Peter J. Marrocco                                                       Chapter 7
Angela Marrocco
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0208-4          User: aaustin                Page 1 of 1         Date Rcvd: Aug 16, 2011
                              Form ID: 155                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2011.
db/jdb        +Peter J. Marrocco,   Angela Marrocco,    290 Noxon Road,    Poughkeepsie, NY 12603-2900
smg           +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg            United States Attorney,    One St. Andrews Plaza,    Claims Unit - Room 417,
                New York, NY 10007-1701
5544715       ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
               (address filed with court:   BMW Financial,    PO Box 3608,    Dublin, OH   43016-0306)
5544719       +Everhome Mortgage Co,    8100 Nations Way,    Jacksonville, FL 32256-4405
5544720       +Everhome Mortgage Co,    Attn: Bankruptcy,    8100 Nationsway,    Jacksonville, FL 32256-4405
5544723       +Hudson Valley Federal,    159 Barnegat Rd,    Poughkeepsie, NY 12601-5454
5544726       +Nissn Inf Lt,    Attn: Bankruptcy,    8900 Freeport Park,    Irving, TX 75063-2438
5544727       +Nissn Inf Lt,    2901 Kinwest Pkwy,    Irving, TX 75063-5816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QPLBANNER.COM Aug 16 2011 19:18:00     Paul L. Banner,    515 Haight Avenue,    Second Floor,
                Suite A,    Poughkeepsie, NY 12603-7228
ust           +E-mail/Text: ustpregion02.pk.ecf@usdoj.gov Aug 16 2011 19:21:45     United States Trustee,
                74 Chapel Street,    Albany, NY 12207-2190
5563565       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 16 2011 21:47:28
                Ascension Capital Group, Inc.,    Attn: BMW Financial Services NA, LLC,    Department,
                P.O. Box 201347,    Arlington, TX 76006-1347
5544716       +EDI: CHASE.COM Aug 16 2011 19:18:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
5544717       +EDI: CHASE.COM Aug 16 2011 19:18:00     Chase- Tjx,    PO Box 15298,    Wilmington, DE 19850-5298
5544718       +EDI: CITICORP.COM Aug 16 2011 19:18:00     Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
5544721       +EDI: HFC.COM Aug 16 2011 19:18:00     Hsbc Best Buy,    POB 15521,    Wilmington, DE 19850-5521
5544722       +EDI: HFC.COM Aug 16 2011 19:18:00     Hsbc Best Buy,    Attn: Bankruptcy,    PO Box 5263,
                Carol Stream, IL 60197-5263
5544724       +EDI: RMSC.COM Aug 16 2011 19:18:00     Lowes / Mbga,    Attention: Bankruptcy Department,
                PO Box 103106,    Roswell, GA 30076-9106
5544725        E-mail/Text: camanagement@mandtbank.com Aug 16 2011 19:21:18     M & T Bank,    Attn: Bankruptcy,
                1100 Wehrle Dr  2N,    Williamsville, NY 14221
5563548        E-mail/Text: camanagement@mandtbank.com Aug 16 2011 19:21:18     M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY 14221
5544728       +EDI: SEARS.COM Aug 16 2011 19:18:00     Sears/cbsd,    PO Box 6189,    Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Ascension Capital Group, Inc.,    Attn: BMW Financial Services NA, LLC,    Department,
               P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2011**          **Signature:** _Joseph Speetjens_