UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE:

Peter J. Marrocco and Angela Marrocco,

                        Debtors.
--------------------------------------------------------X

**CHAPTER 7**
**CASE NO. 11-36453 (cgm)**

## ORDER REOPENING CHAPTER 7 CASE

Upon the motion of the debtors dated October 3, 2013, for an Order reopening this case to allow for the filing of an amendment to Schedules B and F to add assets and creditors, respectively, and after a hearing on November 5, 2013, it is hereby

**ORDERED** that the within chapter 7 case be, and the same hereby is, reopened.

**IT IS FURTHER ORDERED** that a chapter 7 trustee shall be appointed.



**Dated: November 21, 2013**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**